3:00-CV-1975-L

## VERDICT OF THE JURY

We, the members of the jury, have answered the above and foregoing question as indicated, and herewith return the same into court as our verdict.

**Dated**: June ___14___, 2007.

_____
Presiding Juror

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

     JUN 1 4 2007

CLERK, U.S. DISTRICT COURT
By_____
        Deputy
```

**Court's Charge to the Jury - Page 18**