IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JULIE DUNLOP ESPINOZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:00-CV-1975-L |
| § | |
| TEXAS DEPARTMENT OF PUBLIC § | |
| SAFETY and TOMMY DAVIS, Director, § | |
| § | |
| Defendants. § | |

## JUDGMENT

The court issues this judgment pursuant to the jury's verdict of June 14, 2007. This action was tried before the court and a jury from June 12, 2007 to June 14, 2007. On June 14, 2007, the jury returned a verdict in favor of Defendants, finding that Defendants did not fail to reasonably accommodate Plaintiff Julie Dunlop Espinoza on May 4, 2000, and that Defendants did not discriminate against Plaintiff because of her disability in June 9, 2000 or July 31, 2000. It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff take nothing against Defendants; that this action is dismissed with prejudice; that all relief requested by Plaintiff in her Second Amended Complaint is denied; and that all allowable and reasonable costs are taxed against Plaintiff.

**Signed** this 14th day of June, 2007.

Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**